# United States Bankruptcy Court
## Northern District of California

In re **Janice Bruno Lacy**  
Debtor(s)

Case No. _____  
Chapter **13**

## STATEMENT RE PAYMENT ADVICES

■ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **November 7, 2009**    Signature **/s/ Janice Bruno Lacy**  
**Janice Bruno Lacy**  
Debtor

Date **November 7, 2009**    Signature **/s/ Daniel B. Beck**  
**Daniel B. Beck 63865**  
Attorney

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy



**Merrill Lynch**

ML BANK & TRUST COMPANY, FSB
1-866-654-7411

Pay Stub Detail for JANICE B LACY

Check Date / No.   10/23/2009 - 1290718

| Employee Information | | Net Pay Distribution | | | Tax Profile | |
|---|---|---|---|---|---|---|
| JANICE B LACY<br>1007 B WEST COLLEGE AVE<br>UNIT 505<br>SANTA ROSA, CA 95401 | | Destination | Account | Current | Fed Marital Status | SINGLE |
| | | REDWOOD CREDIT UNION | 11000000303468 | 150.00 | Fed Exemptions | 01 |
| | | | | | Work State | CA |
| Empl ID No. | 616T2 | FIRST REPUBLIC BANK | 80000239849 | 1,631.07 | State Marital Status | SINGLE |
| SSN | XXX-XX-2150 | | | | State Exemptions | 00 |
| Cost Center | 186115 | Total Distribution | | 1,781.07 | | |

| Earnings | Hours | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| REGULAR SALARY | 80.00 | 2,115.38 | 8,249.98 | FICA/OASDI | 159.38 | 551.11 |
| OVERTIME @ 1.5 | 12.50 | 495.79 | 760.34 | MEDICARE | 37.28 | 128.89 |
| **Total Cash Earnings** | | 2,611.17 | 9,010.32 | FEDERAL TAX | 420.48 | 1,368.80 |
| | | | | STATE TAX | 143.22 | 440.47 |
| Pre-Tax Deductions | | Current | YTD | STATE DISAB | 28.27 | 97.75 |
| VISION PREMIUM | | 3.47 | 10.41 | **Total Taxes** | 788.63 | 2,587.02 |
| HEALTH PREMIUM | | 32.35 | 97.05 | | | |
| DENTAL PREMIUM | | 5.65 | 16.95 | Non-Tax Earnings | Current | YTD |
| **Total Pre-Tax Deductions** | | 41.47 | 124.41 | T & E REIMBURSEMENT | | .78.21 |
| | | | | STOP PAYMENT REISSUE | | 1,367.89 |
| Non-Cash Earnings | | Current | YTD | **Total Non-Tax Earnings** | | 1,446.10 |
| EXCESS GROUP TERM LIFE | | .99 | 2.97 | | | |
| **Total Non-Cash Earnings** | | .99 | 2.97 | | | |
| **Total Taxable** | | 2,570.69 | 8,888.88 | | | |

Quick Tour     FAQs     LOGOFF



# Merrill Lynch

ML BANK & TRUST COMPANY, FSB
1-866-654-7411

Pay Stub Detail for JANICE B LACY

Check Date / No.: 10/09/2009 - 1249202

| Employee Information | | Net Pay Distribution | | | Tax Profile | |
|---|---|---|---|---|---|---|
| JANICE B LACY | | Destination | Account | Current | Fed Marital Status | SINGLE |
| 1007 B WEST COLLEGE AVE | | REDWOOD CREDIT UNION | 11000000303468 | 150.00 | Fed Exemptions | 01 |
| UNIT 505 | | | | | Work State | CA |
| SANTA ROSA, CA 95401 | | FIRST REPUBLIC BANK | 80000239849 | 1,466.23 | State Marital Status | SINGLE |
| Empl ID No. | 616T2 | | | | State Exemptions | 00 |
| SSN | XXX-XX-2150 | Total Distribution | | 1,616.23 | | |
| Cost Center | 186115 | | | | | |

| Earnings | Hours | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| REGULAR SALARY | 80.00 | 2,115.38 | 6,134.60 | FICA/OASDI | 141.36 | 391.73 |
| OVERTIME @ 1.5 | 5.17 | 205.06 | 264.55 | MEDICARE | 33.06 | 91.61 |
| **Total Cash Earnings** | | 2,320.44 | 6,399.15 | FEDERAL TAX | 347.80 | 948.32 |
| | | | | STATE TAX | 115.45 | 297.25 |
| Pre-Tax Deductions | | Current | YTD | STATE DISAB | 25.07 | 69.48 |
| VISION PREMIUM | | 3.47 | 6.94 | **Total Taxes** | 662.74 | 1,798.39 |
| HEALTH PREMIUM | | 32.35 | 64.70 | | | |
| DENTAL PREMIUM | | 5.65 | 11.30 | Non-Tax Earnings | Current | YTD |
| **Total Pre-Tax Deductions** | | 41.47 | 82.94 | T & E REIMBURSEMENT | | 78.21 |
| | | | | STOP PAYMENT REISSUE | | 1,367.89 |
| Non-Cash Earnings | | Current | YTD | **Total Non-Tax Earnings** | | 1,446.10 |
| EXCESS GROUP TERM LIFE | | .99 | 1.98 | | | |
| **Total Non-Cash Earnings** | | .99 | 1.98 | | | |
| | | | | | | |
| **Total Taxable** | | 2,279.96 | 6,318.19 | | | |

Quick Tour     FAQs     LOGOFF



# Merrill Lynch

ML BANK & TRUST COMPANY, FSB
1-866-654-7411

Pay Stub Detail for JANICE B LACY

Check Date / No.: 09/25/2009 - 1188322

| Employee Information | |
|---|---|
| JANICE B LACY | |
| 1007 B WEST COLLEGE AVE | |
| UNIT 505 | |
| SANTA ROSA, CA 95401 | |
| Empl ID No. | 616T2 |
| SSN | XXX-XX-2150 |
| Cost Center | 186115 |

| Net Pay Distribution | | |
|---|---|---|
| Destination | Account | Current |
| FIRST REPUBLIC BANK | 80000239849 | 1,533.70 |
| **Total Distribution** | | **1,533.70** |

| Tax Profile | |
|---|---|
| Fed Marital Status | SINGLE |
| Fed Exemptions | 01 |
| Work State | CA |
| State Marital Status | SINGLE |
| State Exemptions | 00 |

| Earnings | Hours | Current | YTD |
|---|---|---|---|
| REGULAR SALARY | 80.00 | 2,115.38 | 4,019.22 |
| OVERTIME @ 1.5 | 1.50 | 59.49 | 59.49 |
| **Total Cash Earnings** | | **2,174.87** | **4,078.71** |

| Taxes | Current | YTD |
|---|---|---|
| FICA/OASDI | 132.33 | 250.37 |
| MEDICARE | 30.94 | 58.55 |
| FEDERAL TAX | 311.41 | 600.52 |
| STATE TAX | 101.55 | 181.80 |
| STATE DISAB | 23.47 | 44.41 |
| **Total Taxes** | **599.70** | **1,135.65** |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| VISION PREMIUM | 3.47 | 3.47 |
| HEALTH PREMIUM | 32.35 | 32.35 |
| DENTAL PREMIUM | 5.65 | 5.65 |
| **Total Pre-Tax Deductions** | **41.47** | **41.47** |

| Non-Cash Earnings | Current | YTD |
|---|---|---|
| EXCESS GROUP TERM LIFE | .99 | .99 |
| **Total Non-Cash Earnings** | **.99** | **.99** |

| Total Taxable | 2,134.39 | 4,038.23 |
|---|---|---|

[ Quick Tour ]    [ FAQs ]    [ LOGOFF ]

https://paystub.worldnet.ml.com/webapp/ESSApp/GatewayServlet2?bptAppId=ESS30&bpt    11/2/2009

Case: 09-13753    Doc# 8    Filed: 11/07/09    Entered: 11/07/09 10:58:25    Page 4 of 17



**Merrill Lynch**

ML BANK & TRUST COMPANY, FSB
1-866-654-7411

Pay Stub Detail for JANICE B LACY

Check Date / No.  09/11/2009 - 0524603

| Employee Information | | Net Pay Distribution | | | Tax Profile | |
|---|---|---|---|---|---|---|
| JANICE B LACY | | Destination | Account | Current | Fed Marital Status | SINGLE |
| 1007 B WEST COLLEGE AVE | | CHECK | | 1,367.89 | Fed Exemptions | 00 |
| UNIT 505 | | **Total Distribution** | | **1,367.89** | Work State | CA |
| SANTA ROSA, CA 95401 | | | | | State Marital Status | SINGLE |
| Empl ID No. | 616T2 | | | | State Exemptions | 00 |
| SSN | XXX-XX-2150 | | | | | |
| Cost Center | 186115 | | | | | |

| Earnings | Hours | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| REGULAR SALARY | 72.00 | 1,903.84 | 1,903.84 | FICA/OASDI | 118.04 | 118.04 |
| **Total Cash Earnings** | | 1,903.84 | 1,903.84 | MEDICARE | 27.61 | 27.61 |
| | | | | FEDERAL TAX | 289.11 | 289.11 |
| **Total Taxable** | | 1,903.84 | 1,903.84 | STATE TAX | 80.25 | 80.25 |
| | | | | STATE DISAB | 20.94 | 20.94 |
| | | | | **Total Taxes** | **535.95** | **535.95** |

[ Quick Tour ]   [ FAQs ]   [ LOGOFF ]

https://hrweb.ml.com/hr/webapp/ESS/app/GatewayServlet?hrAppId=ESS20&hr...  11/2/2009

Case 09-13753  Doc#8  Filed 11/07/09  Entered 11/07/09 10:58:25  Page 5 of 17

```
        J. LACY              SSA# XXX-XX-2150 / WEEK PAID      07-25-09  $405.00
207569  CLAIM EXPIRES   02-14-09                                08-01-09  $405.00
```

BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4845.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.       DETACH THIS STUB FOR YOUR RECORD         5993561

```
        J. LACY              SSA# XXX-XX-2150 / WEEK PAID      08-08-09  $405.00
112594  CLAIM EXPIRES   02-14-09                                08-15-09  $405.00
```

BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $3945.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.       DETACH THIS STUB FOR YOUR RECORD         6120838

*[handwritten: mailed 8/31]*

```
        J. LACY              SSA# XXX-XX-2150 / WEEK PAID      08-22-09  $405.00
108837  CLAIM EXPIRES   02-14-09                                08-29-09  $405.00
```

BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $3045.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.       DETACH THIS STUB FOR YOUR RECORD         6271190

*[handwritten: last mailed 9-13-0]*

 

**OFFICETEAM®**
Specialized Administrative Staffing

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471  Advice #: 6076020
H  Advice Date: 06-JUL-2009

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

Employee ID: 1005335130
SSN: XXXXX2150

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Week Ending Date | Description | | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| 05-JUL-2009 | Wells Fargo / Procurestaff | Regular Earnings | 15.00 | 16.00 | 240.00 | 198.50 | 2,977.50 |
| | Overtime | | | | | 6.00 | 135.00 |
| TOTAL: | | | | | 240.00 | 204.50 | 3,112.50 |

### BEFORE-TAX-DEDUCTIONS / STATUTORY DEDUCTIONS / AFTER-TAX-DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Fed OASDI/Dis | 14.88 | 192.98 | | | |
| | | | Fed FICA - MHI | 3.48 | 45.13 | | | |
| | | | Fed Withholdng | | 170.53 | | | |
| | | | CA SDI FTDI | 2.64 | 34.24 | | | |
| | | | CA Withholdng | | 39.23 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 21.00 | 482.11 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 240.00 | 0.00 | 240.00 | 21.00 | 0.00 | 219.00 |
| YTD: | 3,112.50 | 0.00 | 3,112.50 | 482.11 | 0.00 | 2,630.39 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 188.50 |
| Holiday Balance*: | 188.50 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX2585 | 219.00 |

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

NET PAY  219.00

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**OFFICETEAM®**
Specialized Administrative Staffing

VOID  VOID  VOID

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

VOID  VOID  VOID

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

# OFFICETEAM®
**Specialized Administrative Staffing**

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471  Advice #: 6067691
H      Advice Date: 30-JUN-2009

| JANICE LACY | |
|---|---|
| 1127 Sunset Avenue | |
| Santa Rosa CA, 95407 | |
| Employee ID: 1005335130 | |
| SSN: XXXXX2150 | |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Week Ending Date | Description | | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| 28-JUN-2009 | Wells Fargo / Procurestaff | Regular Earnings | 15.00 | 24.00 | 360.00 | 182.50 | 2,737.50 |
| 28-JUN-2009 | Wells Fargo / Procurestaff | Overtime | 22.50 | 0.50 | 11.25 | 6.00 | 135.00 |
| TOTAL: | | | | | 371.25 | 188.50 | 2,872.50 |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed OASDI/Dis | 23.02 | 178.10 | | | |
| | | | Fed FICA - MHI | 5.38 | 41.65 | | | |
| | | | Fed Withholdng | 10.82 | 170.53 | | | |
| | | | CA SDI FTDI | 4.09 | 31.60 | | | |
| | | | CA Withholdng | 1.57 | 39.23 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 44.88 | 461.11 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 371.25 | 0.00 | 371.25 | 44.88 | 0.00 | 326.37 |
| YTD: | 2,872.50 | 0.00 | 2,872.50 | 461.11 | 0.00 | 2,411.39 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 164.00 |
| Holiday Balance*: | 164.00 |
| *Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included. | |

| DIRECT DEPOSIT DISBURSEMENT | | | |
|---|---|---|---|
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX2585 | 326.37 |
| NET PAY | | | 326.37 |

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW



# OFFICETEAM®
**Specialized Administrative Staffing**

VOID VOID VOID

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

VOID VOID VOID

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407



# OFFICETEAM®
### Specialized Administrative Staffing

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471 | Advice #: 6054023
H | Advice Date: 22-JUN-2009

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

Employee ID: 1005335130
SSN: XXXXX2150

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Week Ending Date | Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| 21-JUN-2009 | Wells Fargo / Procurestaff  Regular Earnings | 15.00 | 16.00 | 240.00 | 158.50 | 2,377.50 |
|  | Overtime |  |  |  | 5.50 | 123.75 |
| TOTAL: |  |  |  | 240.00 | 164.00 | 2,501.25 |

| BEFORE-TAX DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|  |  |  | Fed OASDI/Dis | 14.88 | 155.08 |  |  |  |
|  |  |  | Fed FICA - MHI | 3.48 | 36.27 |  |  |  |
|  |  |  | Fed Withholdng |  | 159.71 |  |  |  |
|  |  |  | CA SDI FTDI | 2.64 | 27.51 |  |  |  |
|  |  |  | CA Withholdng |  | 37.66 |  |  |  |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 21.00 | 416.23 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 240.00 | 0.00 | 240.00 | 21.00 | 0.00 | 219.00 |
| YTD: | 2,501.25 | 0.00 | 2,501.25 | 416.23 | 0.00 | 2,085.02 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 148.00 |
| Holiday Balance*: | 148.00 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking |  | XXXXXX2585 | 219.00 |

NET PAY: 219.00

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# OFFICETEAM®
### Specialized Administrative Staffing

VOID   VOID   VOID

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

VOID   VOID   VOID

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407



# OFFICETEAM®
Specialized Administrative Staffing

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471
H

Advice #: 6045273
Advice Date: 16-JUN-2009

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

Employee ID: 1005335130
SSN: XXXXX2150

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Week Ending Date | Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| 14-JUN-2009 | Wells Fargo / Procurestaff Regular Earnings | 15.00 | 40.00 | 600.00 | 142.50 | 2,137.50 |
|  | Overtime |  |  |  | 5.50 | 123.75 |
| TOTAL: |  |  |  | 600.00 | 148.00 | 2,261.25 |

| BEFORE-TAX DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|  |  |  | Fed OASDI/Dis | 37.20 | 140.20 |  |  |  |
|  |  |  | Fed FICA - MHI | 8.70 | 32.79 |  |  |  |
|  |  |  | Fed Withholdng | 45.13 | 159.71 |  |  |  |
|  |  |  | CA SDI FTDI | 6.60 | 24.87 |  |  |  |
|  |  |  | CA Withholdng | 11.02 | 37.66 |  |  |  |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 108.65 | 395.23 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE-TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER-TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 600.00 | 0.00 | 600.00 | 108.65 | 0.00 | 491.35 |
| YTD: | 2,261.25 | 0.00 | 2,261.25 | 395.23 | 0.00 | 1,866.02 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 108.00 |
| Holiday Balance*: | 108.00 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking |  | XXXXXX2585 | 491.35 |

NET PAY: 491.35

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# OFFICETEAM®
Specialized Administrative Staffing

VOID VOID VOID
VOID VOID VOID

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407



# OFFICETEAM®
## Specialized Administrative Staffing

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471  Advice #: 6035817
H      Advice Date: 10-JUN-2009

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

Employee ID: 1005335130
SSN: XXXXX2150

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Week Ending Date | Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| 07-JUN-2009 | Wells Fargo / Procurestaff Regular Earnings | 15.00 | 40.00 | 600.00 | 102.50 | 1,537.50 |
| | Overtime | | | | 5.50 | 123.75 |
| TOTAL: | | | | 600.00 | 108.00 | 1,661.25 |

### BEFORE-TAX DEDUCTIONS / STATUTORY DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Fed OASDI/Dis | 37.20 | 103.00 | | | |
| | | | Fed FICA - MHI | 8.70 | 24.09 | | | |
| | | | Fed Withholdng | 45.13 | 114.58 | | | |
| | | | CA SDI FTDI | 6.60 | 18.27 | | | |
| | | | CA Withholdng | 11.02 | 26.64 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 108.65 | 286.58 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 600.00 | 0.00 | 600.00 | 108.65 | 0.00 | 491.35 |
| YTD: | 1,661.25 | 0.00 | 1,661.25 | 286.58 | 0.00 | 1,374.67 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 68.00 |
| Holiday Balance*: | 68.00 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX2585 | 491.35 |

NET PAY  491.35

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# OFFICETEAM®
## Specialized Administrative Staffing

VOID VOID VOID

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

VOID VOID VOID



# OFFICETEAM®
**Specialized Administrative Staffing**

5720 Stoneridge Dr. Suite 3
Pleasanton CA, 94588-2700

00471  Advice #: 6017328
H       Advice Date: 01-JUN-2009

| JANICE LACY | | |
|---|---|---|
| 1127 Sunset Avenue | | |
| Santa Rosa CA, 95407 | | |
| | | |
| Employee ID: 1005335130 | | |
| SSN: XXXXX2150 | | |

| TAX DATA | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

## HOURS AND EARNINGS

| Week Ending Date | Description | | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| 31-MAY-2009 | Wells Fargo / Procurestaff | Regular Earnings | 15.00 | 30.50 | 457.50 | 62.50 | 937.50 |
| 31-MAY-2009 | Wells Fargo / Procurestaff | Overtime | 22.50 | 3.00 | 67.50 | 5.50 | 123.75 |
| TOTAL: | | | | | 525.00 | 68.00 | 1,061.25 |

| BEFORE-TAX DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed OASDI/Dis | 32.55 | 65.80 | | | |
| | | | Fed FICA - MHI | 7.61 | 15.39 | | | |
| | | | Fed Withholdng | 33.88 | 69.45 | | | |
| | | | CA SDI FTDI | 5.77 | 11.67 | | | |
| | | | CA Withholdng | 7.57 | 15.62 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 87.38 | 177.93 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 525.00 | 0.00 | 525.00 | 87.38 | 0.00 | 437.62 |
| YTD: | 1,061.25 | 0.00 | 1,061.25 | 177.93 | 0.00 | 883.32 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 34.50 |
| Holiday Balance*: | 34.50 |
| *Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included. | |

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX2585 | 437.62 |

NET PAY  437.62

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# OFFICETEAM®
**Specialized Administrative Staffing**

VOID VOID VOID
VOID VOID VOID

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

VOID VOID VOID



**OFFICETEAM**
Specialized Administrative Staffing

5720 Stoneridge Dr. Suite 3
Pleasanton CA. 94588-2700

00471 | Advice #: 6010959
H | Advice Date: 28-MAY-2009

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

Employee ID: 1005335130
SSN: XXXXX2150

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | S |
| Allowances: | 2 | 2 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | 0.00 | 0.00 |

### HOURS AND EARNINGS

| Week Ending Date | Description | | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| 24-MAY-2009 | Wells Fargo / Procurestaff | Regular Earnings | 15.00 | 32.00 | 480.00 | 32.00 | 480.00 |
| 24-MAY-2009 | Wells Fargo / Procurestaff | Overtime | 22.50 | 2.50 | 56.25 | 2.50 | 56.25 |

TOTAL: 536.25 | 34.50 | 536.25

### BEFORE-TAX DEDUCTIONS / STATUTORY DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| | | | Fed OASDI/Dis | 33.25 | 33.25 | | | |
| | | | Fed FICA - MHI | 7.78 | 7.78 | | | |
| | | | Fed Withholdng | 35.57 | 35.57 | | | |
| | | | CA SDI FTDI | 5.90 | 5.90 | | | |
| | | | CA Withholdng | 8.05 | 8.05 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 90.55 | 90.55 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 536.25 | 0.00 | 536.25 | 90.55 | 0.00 | 445.70 |
| YTD: | 536.25 | 0.00 | 536.25 | 90.55 | 0.00 | 445.70 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 0.00 |
| Holiday Balance*: | 0.00 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

### DIRECT DEPOSIT DISBURSEMENT

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX2585 | 445.70 |

MESSAGE: Contact Customer Service at 1-888-744-9202 with any questions.

NET PAY 445.70

---

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD AND COUNTERFEITING INCLUDING AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**OFFICETEAM**
Specialized Administrative Staffing

VOID VOID VOID
VOID VOID VOID

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

JANICE LACY
1127 Sunset Avenue
Santa Rosa CA, 95407

VOID VOID VOID

Case: 09-13753    Doc# 8    Filed: 11/07/09    Entered: 11/07/09 10:58:25    Page 13 of 17

```
         J. LACY              SSA# ####-2150 / WEEK PAID      04-11-09   $405.00
 105728  CLAIM EXPIRES   02-14-09
```

BENEFITS ARE REDUCED BY $45.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOU HAVE RECEIVED ALL THE BENEFITS PAYABLE ON YOUR SECOND FEDERAL EXTENSION. YOU MAY QUALIFY FOR A
FED-ED EXTENSION. IF YOU QUALIFY, IT WILL BE AUTOMATICALLY FILED FOR YOU. NO ACTION IS NEEDED ON
YOUR PART. YOU WILL BE NOTIFIED BY MAIL OF YOUR ELIGIBILITY.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $0.00

4880900?

```
         J. LACY              SSA# ####-2150 / WEEK PAID      04-18-09   $405.00
 111159  CLAIM EXPIRES   02-14-09                             04-25-09   $405.00
```

BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $8100.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

5144989

```
         J. LACY              SSA# ####-2150 / WEEK PAID      05-02-09   $405.00
 210052  CLAIM EXPIRES   02-14-09                             05-09-09   $405.00
```

BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $7200.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.        DETACH THIS STUB FOR YOUR RECORD    *mailed 5/30*

5243405?

```
         J. LACY              SSA# ####-2150 / WEEK PAID      05-16-09   $450.00
 104856  CLAIM EXPIRES   02-14-09                             05-23-09   $48.00
```

BENEFITS ARE REDUCED BECAUSE YOU REPORTED EARNINGS DURING THE WEEK ENDING 05-23-09.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $6702.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

*mailed 6/13/09*

ALLOW 10 DAYS FOR DELIVERY OF CHECK.        DETACH THIS STUB FOR YOUR RECORD

5391657

```
         J. LACY              SSA# ####-2150 / WEEK PAID      05-30-09   $57.00
  88227  CLAIM EXPIRES   02-14-09
```

BENEFITS ARE REDUCED BECAUSE YOU REPORTED EARNINGS DURING THE WEEK ENDING 05-30-09.
YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $6645.00
UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

546142?

```
           J. LACY               SSA# ████-2150 / WEEK PAID       02-14-09   $450.00
  69684    CLAIM EXPIRES    02-14-09
    YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $3600.00
    UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
    FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
    CHOICE ON EACH CLAIM FORM YOU SUBMIT.

                                                                              44280625


           J. LACY               SSA# ████-2150 / WEEK PAID       02-21-09   $450.00
  41989    CLAIM EXPIRES    02-14-09
    YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $3150.00
    UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
    FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
    CHOICE ON EACH CLAIM FORM YOU SUBMIT.
                                                                       rec'd 3/9
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD
                                                                              44919879


           J. LACY               SSA# ████-2150 / WEEK PAID       02-28-09   $450.00
 100866    CLAIM EXPIRES    02-14-09                              03-07-09   $450.00
    YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $2250.00
    UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
    FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
    CHOICE ON EACH CLAIM FORM YOU SUBMIT.
    THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
                                                                       mailed 3/23 (P.O.)
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD
                                                                              45219820


           J. LACY               SSA# ████-2150 / WEEK PAID       03-14-09   $450.00
  83671    CLAIM EXPIRES    02-14-09                              03-21-09   $450.00
    YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $1350.00
    UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
    FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
    CHOICE ON EACH CLAIM FORM YOU SUBMIT.
    THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
                                                                       mailed 4-7-09
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD
                                                                              46500099


           J. LACY               SSA# ████-2150 / WEEK PAID       03-28-09   $405.00
  47972    CLAIM EXPIRES    02-14-09                              04-04-09   $405.00
    BENEFITS ARE REDUCED BY  $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
    THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
    YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $450.00
    UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
    FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
    CHOICE ON EACH CLAIM FORM YOU SUBMIT.
    THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.
                                                                       mailed 4-14
    ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD
                                                                              48236347
```

```
           J. LACY            SSA# ####-2150 / WEEK PAID    12-27-08   $450.00
  170761   CLAIM EXPIRES      02-14-09                      01-03-09   $450.00
  YOUR CLAIM BALANCE AFTER THIS PAYMENT IS   $450.00
  UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
  FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
  CHOICE ON EACH CLAIM FORM YOU SUBMIT.
```

*mailed 1-13-09*

ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD

4039915

```
           J. LACY            SSA# ####-2150 / WEEK PAID    01-10-09   $450.00
   75175   CLAIM EXPIRES      02-14-09
  YOUR FIRST FEDERAL EXTENSION IS EXHAUSTED. YOU ARE ELIGIBLE FOR A SECOND FEDERAL EXTENSION. IT WILL BE
  AUTOMATICALLY FILED FOR YOU. THE WEEKLY BENEFIT AMOUNT WILL BE $450 AND THE MAXIMUM BENEFIT AMOUNT WILL
  BE $ 5850. NO ACTION IS NEEDED ON YOUR PART. YOU WILL BE MAILED CLAIM FORMS.
  YOUR CLAIM BALANCE AFTER THIS PAYMENT IS        $0.00
  UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
  FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
  CHOICE ON EACH CLAIM FORM YOU SUBMIT.
```

4102634

```
           J. LACY            SSA# ####-2150 / WEEK PAID    01-17-09   $450.00
   50523   CLAIM EXPIRES      02-14-09                      01-24-09   $450.00
  YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $4950.00
  UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
  FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
  CHOICE ON EACH CLAIM FORM YOU SUBMIT.
```

*req. tax deduct –*

*mail new p/u*
*mailed 2/10/09*

ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD

42117160

```
           J. LACY            SSA# ####-2150 / WEEK PAID    01-31-09   $405.00
  157076   CLAIM EXPIRES      02-14-09                      02-07-09   $405.00
  BENEFITS ARE REDUCED BY $90.00 ACCORDING TO YOUR REQUEST TO WITHHOLD FEDERAL INCOME TAX.
  THIS AMOUNT WAS FORWARDED ON YOUR BEHALF TO THE INTERNAL REVENUE SERVICE.
  YOUR CLAIM BALANCE AFTER THIS PAYMENT IS  $4050.00
  UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
  FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
  CHOICE ON EACH CLAIM FORM YOU SUBMIT.
```

*mailed 2/23/09*

ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD

4310418

```
           J. LACY            SSA# ####-2150
           CLAIM EXPIRES      02-14-09
  THIS FORM IS BEING SENT TO YOU TO BRING YOUR CLAIM UP-TO-DATE.  IF YOU WISH TO CLAIM BENEFITS FOR THIS
  PERIOD, PLEASE COMPLETE THE ENTIRE FORM.  SIGN AND MAIL IMMEDIATELY BUT NO LATER THAN 02-05-09.
```

*mailed 1-25-09*

Case: 09-13753   Doc# 8   Filed: 11/07/09   Entered: 11/07/09 10:58:25   Page 16 of 17

ALLOW 10 DAYS FOR DELIVERY OF CHECK.     DETACH THIS STUB FOR YOUR RECORD



**Merrill Lynch**

ML BANK & TRUST COMPANY, FSB
1-866-654-7411

Pay Stub Detail for JANICE B LACY

Check Date / No.    11/06/2009 - 1336143

| Employee Information | | Net Pay Distribution | | | Tax Profile | |
|---|---|---|---|---|---|---|
| JANICE B LACY | | Destination | Account | Current | Fed Marital Status | SINGLE |
| 1007 B WEST COLLEGE AVE | | REDWOOD CREDIT UNION | 11000000303468 | 150.00 | Fed Exemptions | 01 |
| UNIT 505 | | | | | Work State | CA |
| SANTA ROSA, CA 95401 | | FIRST REPUBLIC BANK | 80000239849 | 1,574.77 | State Marital Status | SINGLE |
| Empl ID No. | 616T2 | | | | State Exemptions | 00 |
| SSN | XXX-XX-2150 | Total Distribution | | 1,724.77 | | |
| Cost Center | 186115 | | | | | |

| Earnings | Hours | Current | YTD | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| REGULAR SALARY | 80.00 | 2,115.38 | 10,365.36 | FICA/OASDI | 154.71 | 705.82 |
| OVERTIME @ 1.5 | 13.50 | 535.45 | 1,295.79 | MEDICARE | 36.18 | 165.07 |
| **Total Cash Earnings** | | 2,650.83 | 11,661.15 | FEDERAL TAX | 401.65 | 1,770.45 |
| | | | | STATE TAX | 149.62 | 590.09 |
| **Pre-Tax Deductions** | | Current | YTD | STATE DISAB | 27.43 | 125.18 |
| CSP-TRANSIT | | 115.00 | 115.00 | **Total Taxes** | 769.59 | 3,356.61 |
| VISION PREMIUM | | 3.47 | 13.88 | | | |
| HEALTH PREMIUM | | 32.35 | 129.40 | Non-Tax Earnings | Current | YTD |
| DENTAL PREMIUM | | 5.65 | 22.60 | T & E REIMBURSEMENT | | 78.21 |
| **Total Pre-Tax Deductions** | | 156.47 | 280.88 | STOP PAYMENT REISSUE | | 1,367.89 |
| | | | | **Total Non-Tax Earnings** | | 1,446.10 |
| Non-Cash Earnings | | Current | YTD | | | |
| EXCESS GROUP TERM LIFE | | .99 | 3.96 | | | |
| **Total Non-Cash Earnings** | | .99 | 3.96 | | | |
| **Total Taxable** | | 2,495.35 | 11,384.23 | | | |

[ Quick Tour ]    [ FAQs ]    [ LOGOFF ]