DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   JANICE BRUNO LACY<br>   1127 SUNSET AVE<br>   SANTA ROSA, CA 95407<br><br>   ###-##-2150<br>                Debtor(s). | Case No.: 09-1-3753 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:    01/19/2010
Time:    1:00 PM
Place:   Office of the United States Trustee
         777 Sonoma Ave., First Floor, #116
         Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:    01/10/2010
Time:    1:30 PM
Place:   United States Bankruptcy Court
         99 South E Street
         Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Paragraph 11 of the Debtor's plan indicates the lien on the Debtor's real property held by Chase Mortgage shall be voided.  The Trustee requests that Debtors' Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

2. The Trustee requests a copy of the Debtors' *signed* 2008 federal tax return.

3. The Trustee requests that the Debtor provide payment advices received in months May through October 2009, or, in the alternative, a Debtor's declaration that details why the payment advices cannot be provided.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

| Dated: November 24, 2009 | DAVID BURCHARD |
|---|---|
| | DAVID BURCHARD, Chapter 13 Trustee |

## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.   On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES,
and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JANICE BRUNO LACY
1127 SUNSET AVE
SANTA ROSA, CA 95407

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104

| Dated:  November 24, 2009 | DENIZ BRIDGMAN |
|---|---|
| | DENIZ BRIDGMAN |